**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

ZAYRELL BANESA SOSA DE DELGADO,    )
)
    Petitioner,    )
)
v.    )
)
MARKWAYNE MULLIN, in his official capacity )
as Secretary of the Department of Homeland )
Security; **TODD BLANCHE**, in his official )
capacity as Attorney General of the United )
States; **TODD LYONS**, in his official )
capacity as Acting Director and Senior )
Official Performing the Duties of the )
Director of U.S. Immigration and Customs )
Enforcement; **JONATHAN CRAWFORD**, in )
his official capacity as Field Office Director )
of the New Orleans Office of U.S. Immigration )
and Customs Enforcement, Enforcement and )
Removal Operations; **LISA BOWEN**, in her )
official capacity as Warden of the )
Richwood Correctional Center,    )
)
    *Respondents.*    )
)

Case No.  3:26-cv-01812

**ORDER MOTION TO
APPEAR PRO HAC VICE**

**ORDER**

IT IS ORDERED that LUIS ANGELES be and is hereby admitted to the bar of this

Court *Pro Hac Vice* on behalf of ZAYRELL BANESA SOSA DE DELGADO in the above-

described action. SO ORDERED on this, the___4th of June___ d̶a̶y̶ ̶o̶f̶ X̶X̶X̶X̶___ , 20_26_.

IT IS FURTHER ORDERED that Counsel's request to waive the requirement of local counsel is granted.

_Kayla De McClusky_
_____
U.S. Magistrate Judge