**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**ZAYRELL BANESA SOSA DE DELGADO**        **CIVIL ACTION NO. 3:26-1812**

                                          **SECTION P**
**VS.**
                                          **JUDGE TERRY A. DOUGHTY**

**MARKWAYNE MULLIN, ET AL.**              **MAG. JUDGE KAYLA D. MCCLUSKY**

## ORDER

Petitioner Zayrell Banesa Sosa de Delgado, a detainee in the custody of the Department of Homeland Security and the Bureau of Immigration and Customs Enforcement, petitions for a writ of habeas corpus under 28 U.S.C. § 2241.  Petitioner moves for an order to show cause. [doc. # 7].

To the extent Petitioner seeks a 3-day response time, the motion is **DENIED**.  To the extent Petitioner seeks a response time shorter than the 60-day deadline set forth in the form summonses, the motion is **GRANTED** as detailed below.

**THE CLERK OF COURT IS INSTRUCTED** to email a copy of this Order to the Civil Chief of the United States Attorney's Office for the Western District of Louisiana and grant her access to the pleadings.

**IT IS ORDERED** that Respondents file a response to the Petition within **28 days** of the date of this Order, or service of the Petition on the United States Attorney for the Western District of Louisiana, whichever is later.

**IT IS FURTHER ORDERED** that Petitioner shall have **14 days** following the filing of Respondents' response to file a reply.

When the record is complete, the Court will determine the necessity of an evidentiary hearing.

In Chambers, Monroe, Louisiana, this 8th day of June, 2026.

_____
Kayla Dye McClusky
United States Magistrate Judge