**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **ZAYRELL BANESA SOSA DE DELGADO** | **CASE NO. 3:26-CV-01812 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MARKWAYNE MULLIN ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 20], together with objections filed by Petitioner Zayrell Banesa Sosa de Delgado [Doc. No. 21], and after a *de novo* review of the record, and determining that the findings are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Zayrell Banesa Sosa de Delgado's Petition for Writ of Habeas Corpus [Doc. No. 5] is **DENIED** and all claims against Respondents are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Zayrell Banesa Sosa de Delgado's Motion for Summary Judgment [Doc. No. 13] is **DENIED**.

**IT IS FURTHER ORDERED** that all other pending Motions in this matter are **DENIED.**

MONROE, LOUISIANA, this 3rd day of November, 2026.

Terry A. Doughty
United States District Judge